**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                           (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Afton Blockchain LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | None |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 6 – 3 4 4 3 9 5 1 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1357 Ashford Avenue, Pmb 373 | |
| Number     Street | Number     Street |
| | P.O. Box |
| San Juan          PR     00907 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| n/a | 1148       American Pkwy |
| County | Number     Street |
| | |
| | Papillon          NE     68046 |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | None |

| Debtor | Afton Blockchain LLC | Case number (if known) |
|--------|----------------------|------------------------|
|        | Name                 |                        |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_  _1_  _8_  _2_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Afton Blockchain LLC
_____
Name

Case number *(if known)* _____

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

         District _____ When _____ Case number _____
                                    MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor   See attached rider _____ Relationship _____

         District _____ When _____
                                                     MM / DD / YYYY

         Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

                          _____

                          _____  _____
                          City                      State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

| | **Statistical and administrative information** |
|---|---|

---

Debtor   <u>Afton Blockchain LLC</u>
        Name

Case number *(if known)* _____

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>06/30/2023</u>
             MM / DD / YYYY

✘ <u>/s/ Timothy Furey</u>
Signature of authorized representative of debtor

<u>Timothy Furey</u>
Printed name

Title   <u>Chief Restructuring Officer</u>

---

Debtor    Afton Blockchain LLC
_____
Name

Case number *(if known)*_____

---

**18. Signature of attorney**    ✘ /s/ Evan T. Miller
_____
Signature of attorney for debtor

Date    06/30/2023
_____
MM    / DD  / YYYY

Evan T. Miller
_____
Printed name

Bayard, P.A.
_____
Firm name

600        N. King Street, Suite 400
_____
Number        Street

Wilmington
_____

City

DE        19801
_____

State    ZIP Code

302-429-4227
_____

Contact phone

emiller@bayardlaw.com
_____

Email address

5364
_____

Bar number

DE
_____

State

---

## Rider 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities below (collectively, the "Debtors") filed a Petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of File Service Partners, LLC.

- File Service Partners, LLC

- Afton Blockchain LLC

- Filtech SPV LLC

- Midwest Blockchain Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| AFTON BLOCKCHAIN LLC, | Case No. 23-[_____] ([____]) |
| Debtor. | |

## STATEMENT OF CORPORATE OWNERSHIP

      Pursuant to Rules 1007(a)(1) and 7007.1 of the Fed. R. Bankr. P., the following is a list of corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned debtor's equity interests:

| Shareholder | Percentage of Equity Held |
|---|---|
| DSM Tech Enterprises Inc. | 100% |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| AFTON BLOCKCHAIN LLC, | Case No. 23-[_____] ([____]) |
| Debtor. |  |

**LIST OF EQUITY SECURITY HOLDERS**

Pursuant to 1007(a)(3) of the Fed. R. Bankr. P., the following is a list of entities holding an interest in the above-captioned debtor:

| Name | Mailing Address | Percentage of Equity Held |
|---|---|---|
| DSM Tech Enterprises Inc. | 1357 Ashford Avenue, Pmb 373, San Juan, PR 00907 | 100% |

**Fill in this information to identify the case:**

Debtor name ___Afton Blockchain LLC_____

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NONE | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |

Debtor    Afton Blockchain LLC                                      Case number *(if known)*_____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |

DSM Tech Enterprises Inc.
1357 Ashford Avenue, Pmb 373
San Juan, PR 00907

**Fill in this information to identify the case and this filing:**

Debtor Name  Afton Blockchain, LLC

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                    (State)

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Corporate Ownership Statement and Lists of Equity Holders and Creditors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/30/2023          ✖ /s/ Timothy Furey
        MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                   Timothy Furey
                                   Printed name

                                   Chief Restructuring Officer
                                   Position or relationship to debtor

**ACTION BY WRITTEN CONSENT
OF THE MEMBER AND THE MANAGER OF
AFTON BLOCKCHAIN LLC**

**June 29, 2023**

In accordance with Sections 18-404(d) and 18-302(d), respectively, of the Delaware Limited Liability Company Act, 6 *Del. C.* §§ 18-101 *et. seq.* (the "LLC Act") and the Limited Liability Company Operating Agreement dated as of April 20, 2021, as amended June 29, 2023 (as so amended, the "LLC Agreement") of Afton Blockchain LLC, a Delaware limited liability company (the "Company"), the undersigned, being the sole remaining Manager and the sole Member of the Company, hereby take the following actions and adopt the following resolutions by written consent without a meeting effective for all purposes as of the date set forth in the heading to this consent.  Capitalized terms used but not defined in this Consent have the meanings given to them in the LLC Agreement.

WHEREAS, pursuant to Section 10 of the LLC Agreement, business of the Company shall be managed by the authority of one or more Managers, who shall have full authority to manage and control, or direct the management and control of, the business and affairs of the Company, unless the Member determines otherwise, and the Manager(s) may delegate some or all of their authority to officers, agents and other persons; and

WHEREAS, the Manager previously appointed Tim Furey as the Company's Chief Restructuring Officer (the "CRO"), to explore to the options available to the Company, including without limitation, the possibility of pursuing a bankruptcy proceeding under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") or other types of restructuring or liquidation for the Company and to negotiate with the Company's creditors, explore a possible sale of the Company or its assets, developing a plan to resolve the Company's financial status and make a recommendation to the Manager, which may include the filing of a voluntary petition seeking relief under the provisions of Chapter 11, Title 11, of the United States Code (a "Bankruptcy Petition"); and

WHEREAS, the Manager and the Member have considered the recommendation of the CRO, the information provided by the employees and other representatives of the Company and the advice of the Company's advisors, the Manager has determined in his business judgment that it is desirable and in the best interests of the Company and its creditors, employees, members and other interested parties that a Bankruptcy Petition be filed in the United States Bankruptcy Court for the District of Delaware by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code and the Member is willing to approve such filing.

NOW, THEREFORE, BE IT RESOLVED, that the Company is authorized to file a Bankruptcy Petition be filed in the United States Bankruptcy Court for the District of Delaware by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code, which would initiate a bankruptcy proceeding (the "Bankruptcy Case"),

AND BE IT FURTHER RESOLVED, that the CRO and any other officer or Manager of the Company (each such Persons, an "Authorized Person" and together, the "Authorized Persons"), acting alone or with one or more other Authorized Persons, is hereby authorized and empowered on behalf of, and in the name of, the Company (a) to execute, verify and file all documents necessary or appropriate in connection with the filing of the Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings and other papers or documents in connection with the Bankruptcy Case; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Bankruptcy Case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions as adopted herein.

AND BE IT FURTHER RESOLVED, that the previous retention by the Company's management of the law firm of Bayard, P.A. ("Bayard") as bankruptcy counsel, subject to any requisite bankruptcy court approval, to the Company to represent and assist the Company in connection with its consideration of various insolvency-related obligations and bankruptcy alternatives, and to assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, is hereby approved and ratified, and each of the Authorized Persons is hereby authorized and directed to execute and ratify appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of Bayard.

AND BE IT FURTHER RESOLVED, that the Member agrees to cooperate with any transaction that requires its participation to achieve the objectives of the Bankruptcy Case.

AND BE IT FURTHER RESOLVED, that each of the Authorized Persons be, and each of them hereby is, authorized to cause the Company to incur debtor in possession financing in an amount determined to be necessary or advisable by any of such Authorized Persons to guaranty the obligations of the Company in respect of such indebtedness, and to prepare (or cause to be prepared), execute and file (or cause to be filed) any motion to incur debtor in possession financing, and, upon authorization by the Manager and/or the CRO, to take and perform any and all further acts and deeds which it deems necessary, proper or desirable in connection

with the Bankruptcy Case, with a view to the successful prosecution of the Bankruptcy Case;

AND BE IT FURTHER RESOLVED, that each of the Authorized Persons be, and each of them hereby is, authorized and directed to take any and all actions necessary and appropriate to pursue and further the sale process with respect to the Company's assets including, without limitation, entering into any and all other purchase agreements (if applicable), and other ancillary documents in connection therewith, subject to Bankruptcy Court approval;

AND BE IT FURTHER RESOLVED, that each of the Authorized Persons be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements, affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments, as may be necessary, desirable, or appropriate in the reasonable discretion of any such Authorized Person to give effect to the foregoing resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

AND BE IT FURTHER RESOLVED, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing resolutions, and all actions related thereto, and each Authorized Person be, and each of them hereby is, authorized, empowered and directed to cause the Company to make said payments as each such Authorized Person may deem necessary, appropriate, advisable or desirable, such payment to constitute conclusive evidence of such Authorized Person's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

AND BE IT FURTHER RESOLVED, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken previously by any Authorized Persons or employees of the Company on its behalf, such actions are hereby ratified, approved and confirmed in their entirety.

[Signatures to Follow on Next Page]

IN WITNESS WHEREOF, the undersigned, being the sole Manager and the sole Member of the Company, do hereby execute this written consent as of the date first set forth above.

**MANAGER**:

_____
Timothy Furey

**MEMBER**:

DSM TECH ENTERPRISES INC.

By: _____
    David Johnston
    Chief Executive Officer

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| AFTON BLOCKCHAIN LLC, | Case No. 23-[_____] ([____]) |
| Debtor. | |

<u>**STATEMENT PURSUANT TO 11 U.S.C. § 1116**</u>

I, Timothy Furey, hereby declare under penalty of perjury:

1.      Debtor Afton Blockchain LLC has not prepared a statement of operations or cash-flow statement.

2.      Debtor Afton Blockchain LLC has prepared a balance sheet and income statement, which have been appended to its voluntary petition for relief.

3.      Debtor Afton Blockchain LLC's most recent federal tax return has also been appended to its voluntary petition for relief.

Dated: June 30, 2023

*/s/ Timothy Furey*
Timothy Furey
Chief Restructuring Officer
Afton Blockchain LLC

# Balance Sheet

Afton

As of June 30, 2023

| Account | Jun 30, 2023 |
|---|---|
| **Assets** | |
| **Current Assets** | |
| Interest Accrual - Inter Co Loans | 7,740.61 |
| Loan - DSM Tech | 233,882.08 |
| **Total Current Assets** | **241,622.69** |
| **Fixed Assets** | |
| Computer Equipment | 89,165.88 |
| Less Accumulated Depreciation on Computer Eq | (56,967.09) |
| Less Accumulated Depreciation on Miners | (593,405.00) |
| Miners | 593,405.00 |
| **Total Fixed Assets** | **32,198.79** |
| **Total Assets** | **273,821.48** |
| | |
| **Liabilities and Equity** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | 26,393.94 |
| **Total Current Liabilities** | **26,393.94** |
| **Total Liabilities** | **26,393.94** |
| **Equity** | |
| Common Stock | 10,000.00 |
| Current Year Earnings | (12,460.77) |
| Paid In Capital | 1,704,642.78 |
| Retained Earnings | (1,454,754.47) |
| **Total Equity** | **247,427.54** |
| **Total Liabilities and Equity** | **273,821.48** |

# Income Statement (Profit and Loss)

Afton

For the 6 months ended June 30, 2023

| Account | Jan-Jun 2023 |
|---|---|
| **Gross Profit** | **0.00** |
| **Operating Expenses** | |
| Depreciation | 14,860.98 |
| Interest - Inter Co Loans | (2,400.21) |
| **Total Operating Expenses** | **12,460.77** |
| **Operating Income** | **(12,460.77)** |
| **Net Income** | **(12,460.77)** |

AFTON BLOCKCHAIN LLC
53 CALLE PALMERAS, STE 802
SAN JUAN  00901

INTERNAL REVENUE SERVICE CENTER
P.O. BOX 409101
OGDEN, UT  84409

Ilhlullulhllhlllhulhlulhl

1065

126340
04-01-21

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2021, or tax year beginning **JAN 1** , 2022, ending **FEB 28** , 2022

▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2021**

| | | |
|---|---|---|
| **A** Principal business activity | Name of partnership | **D** Employer identification number |
| **BLOCKCHAIN** | Type or Print **AFTON BLOCKCHAIN LLC** | **86-3443951** |
| **B** Principal product or service | Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date business started |
| **BLOCKCHAIN** | **53 CALLE PALMERAS, STE 802** | **04/20/2021** |
| **C** Business code number | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets |
| **812990** | | $ 0. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☒ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ **2**

**J** Check if Schedules C and M-3 are attached ......................................................................................................... ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales | 1a | 109,598. | |
| **b** Returns and allowances | 1b | | |
| **c** Balance. Subtract line 1b from line 1a | | **1c** | 109,598. |
| **2** Cost of goods sold (attach Form 1125-A) | | **2** | |
| **3** Gross profit. Subtract line 2 from line 1c | | **3** | 109,598. |
| **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | |
| **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| **7** Other income (loss) (attach statement) | | **7** | |
| **8** **Total income (loss).** Combine lines 3 through 7 | | **8** | 109,598. |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | |
| **10** Guaranteed payments to partners | | **10** | |
| **11** Repairs and maintenance | | **11** | |
| **12** Bad debts | | **12** | |
| **13** Rent | | **13** | |
| **14** Taxes and licenses | | **14** | |
| **15** Interest (see instructions) | | **15** | 2,770. |
| **16a** Depreciation (if required, attach Form 4562) | 16a | | |
| **b** Less depreciation reported on Form 1125-A and elsewhere on return | 16b | **16c** | |
| **17** Depletion (**Do not deduct oil and gas depletion.**) | | **17** | |
| **18** Retirement plans, etc. | | **18** | |
| **19** Employee benefit programs | | **19** | |
| **20** Other deductions (attach statement) **SEE STATEMENT 1** | | **20** | 52,499. |
| **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 55,269. |
| **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | | **22** | 54,329. |

### Tax and Payments

| | | | |
|---|---|---|---|
| **23** Interest due under the look-back method-completed long-term contracts (attach Form 8697) | | **23** | |
| **24** Interest due under the look-back method-income forecast method (attach Form 8866) | | **24** | |
| **25** BBA AAR imputed underpayment (see instructions) | | **25** | |
| **26** Other taxes (see instructions) | | **26** | |
| **27** **Total balance due.** Add lines 23 through 26 | | **27** | |
| **28** Payment (see instructions) | | **28** | |
| **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed | | **29** | |
| **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment | | **30** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____
Signature of partner or limited liability company member

▶ _____
Date

May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No

### Paid Preparer Use Only

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| STEPHEN P. MANN, CPA | STEPHEN P. MANN, CPA | 12/05/22 | | P00637272 |
| Firm's name ▶ BLUE & CO., LLC | | | Firm's EIN ▶ 35-1178661 | |
| Firm's address ▶ 720 EAST PETE ROSE WAY, STE 100 CINCINNATI, OH 45202 | | | Phone no. 513-241-4507 | |

LHA **For Paperwork Reduction Act Notice, see separate instructions.**                    111001 11-29-21                    Form **1065** (2021)

Form 1065 (2021)  AFTON BLOCKCHAIN LLC                                      86-3443951    Page **2**

| Schedule B | Other Information |
| --- | --- |

|  |  | Yes | No |
| --- | --- | --- | --- |
| **1** | What type of entity is filing this return?  Check the applicable box: |  |  |
| **a** | ☐ Domestic general partnership     **b** ☐ Domestic limited partnership |  |  |
| **c** | ☐ Domestic limited liability company     **d** ☒ Domestic limited liability partnership |  |  |
| **e** | ☐ Foreign partnership     **f** ☐ Other ▶ |  |  |
| **2** | At the end of the tax year: |  |  |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X |  |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership |  | X |
| **3** | At the end of the tax year, did the partnership: |  |  |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below |  | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
| --- | --- | --- | --- |
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below |  | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
| --- | --- | --- | --- |
| **4** | Does the partnership satisfy **all four** of the following conditions? |  |  |
| **a** | The partnership's total receipts for the tax year were less than $250,000. |  |  |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. |  |  |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. |  |  |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | X |  |
|  | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. |  |  |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? |  | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? |  | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? |  | X |
| **8** | At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country  ▶ |  | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions |  | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? |  | X |
|  | See instructions for details regarding a section 754 election. |  |  |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions |  | X |

111011  11-29-21                                                              Form **1065** (2021)

Form 1065 (2021)     AFTON BLOCKCHAIN LLC                                    86-3443951     Page 3

## Schedule B    Other Information *(continued)*

|  |  | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions |  | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ |  |  |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? |  | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ |  |  |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ |  | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ |  |  |
| 16 a | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions |  | X |
| b | If "Yes," did you or will you file required Form(s) 1099? |  |  |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ |  |  |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ |  |  |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? |  | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 |  | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? |  | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions |  | X |
|  | If "Yes," enter the total amount of the disallowed deductions ▶ $ |  |  |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions |  | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions |  | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. |  |  |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. |  |  |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. |  |  |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? |  | X |
|  | If "Yes," enter the amount from Form 8996, line 15 ▶ $ |  |  |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or receiving a distribution from the partnership ▶ Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. |  |  |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? |  | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. |  |  |
|  | Percentage:                    By Vote                    By Value |  | X |
| 29 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions |  | X |
|  | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ |  |  |
|  | If "No," complete Designation of Partnership Representative below. |  |  |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ SIMON CAMPBELL

U.S. address of PR ▶ 579 COUNTRY WAY
SCITUATE, MA 02066

U.S. phone number of PR ▶ 857-315-7367

If the PR is an entity, name of the designated individual for the PR ▶

U.S. address of designated individual ▶

U.S. phone number of designated individual ▶

111021  11-29-21

Form **1065** (2021)

Form 1065 (2021)   AFTON BLOCKCHAIN LLC                                    86-3443951   Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|
| **1** | Ordinary business income (loss) (page 1, line 22) | **1** | 54,329. |
| **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| **3a** | Other gross rental income (loss) ............ **3a** | | |
| **b** | Expenses from other rental activities (attach statement) ...... **3b** | | |
| **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| **4** | Guaranteed payments: **a** Services **4a** **b** Capital **4b** | | |
| **c** | Total. Add lines 4a and 4b | **4c** | |
| **5** | Interest income | **5** | |
| **6** | Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| **b** | Qualified dividends **6b** **c** Dividend equivalents **6c** | | |
| **7** | Royalties | **7** | |
| **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| **b** | Collectibles (28%) gain (loss) ............ **9b** | | |
| **c** | Unrecaptured section 1250 gain (attach statement) ...... **9c** | | |
| **10** | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| **11** | Other income (loss) (see instructions) Type ▶ | **11** | |
| **12** | Section 179 deduction (attach Form 4562) | **12** | |
| **13a** | Contributions | **13a** | |
| **b** | Investment interest expense | **13b** | |
| **c** | Section 59(e)(2) expenditures: **(1)** Type ▶ **(2)** Amount ▶ | **13c(2)** | |
| **d** | Other deductions (see instructions) Type ▶ | **13d** | |
| **14a** | Net earnings (loss) from self-employment | **14a** | |
| **b** | Gross farming or fishing income | **14b** | |
| **c** | Gross nonfarm income | **14c** | |
| **15a** | Low-income housing credit (section 42(j)(5)) | **15a** | |
| **b** | Low-income housing credit (other) | **15b** | |
| **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| **d** | Other rental real estate credits (see instructions) Type ▶ | **15d** | |
| **e** | Other rental credits (see instructions) Type ▶ | **15e** | |
| **f** | Other credits (see instructions) Type ▶ | **15f** | |
| **16** | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ...... ☐ | | |
| **17a** | Post-1986 depreciation adjustment | **17a** | |
| **b** | Adjusted gain or loss | **17b** | |
| **c** | Depletion (other than oil and gas) | **17c** | |
| **d** | Oil, gas, and geothermal properties - gross income | **17d** | |
| **e** | Oil, gas, and geothermal properties - deductions | **17e** | |
| **f** | Other AMT items (attach statement) | **17f** | |
| **18a** | Tax-exempt interest income | **18a** | |
| **b** | Other tax-exempt income | **18b** | |
| **c** | Nondeductible expenses | **18c** | |
| **19a** | Distributions of cash and marketable securities | **19a** | |
| **b** | Distributions of other property | **19b** | |
| **20a** | Investment income | **20a** | |
| **b** | Investment expenses | **20b** | |
| **c** | Other items and amounts (attach statement)                STMT 2 | | |
| **21** | Total foreign taxes paid or accrued | **21** | |

Left margin section labels: Income (Loss), Deductions, Self-Employment, Credits, International Transactions, Alternative Minimum Tax (AMT) Items, Other Information

Form 1065 (2021)  AFTON BLOCKCHAIN LLC                                    86-3443951    Page **5**

## Analysis of Net Income (Loss)

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | | | 1 | 54,329. |
|---|---|---|---|---|---|

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| **a** | General partners | | | | | | |
| **b** | Limited partners | 54,329. | | | | | |

## Schedule L    Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| **1** | Cash | | 65,635. | | |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | | | | |
| **3** | Inventories | | | | |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities | | | | |
| **6** | Other current assets (attach statement) | STATEMENT 3 | 732,029. | | 0. |
| **7a** | Loans to partners (or persons related to partners) | | | | |
| **b** | Mortgage and real estate loans | | | | |
| **8** | Other investments (attach statement) | | | | |
| **9a** | Buildings and other depreciable assets | 682,571. | | | |
| **b** | Less accumulated depreciation | 243,153. | 439,418. | | |
| **10a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | | | | |
| **11** | Land (net of any amortization) | | | | |
| **12a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | | | | |
| **13** | Other assets (attach statement) | | | | |
| **14** | Total assets | | 1,237,082. | | 0. |
| | **Liabilities and Capital** | | | | |
| **15** | Accounts payable | | 27,561. | | |
| **16** | Mortgages, notes, bonds payable in less than 1 year | | 1,690,000. | | |
| **17** | Other current liabilities (attach statement) | STATEMENT 4 | 82,841. | | 0. |
| **18** | All nonrecourse loans | | | | |
| **19a** | Loans from partners (or persons related to partners) | | | | |
| **b** | Mortgages, notes, bonds payable in 1 year or more | | | | |
| **20** | Other liabilities (attach statement) | | | | |
| **21** | Partners' capital accounts | | -563,320. | | 0. |
| **22** | Total liabilities and capital | | 1,237,082. | | 0. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | -260,114. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | **a** | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | **a** | Depreciation $ | |
| | STMT 5 | 243,555. | 8 | Add lines 6 and 7 | |
| **a** | Depreciation $          70,888. | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 54,329. |
| **b** | Travel and entertainment $ | 314,443. | | | |
| 5 | Add lines 1 through 4 | 54,329. | | | |

## Schedule M-2    Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | -147,615. | 6 | Distributions: **a** Cash | |
|---|---|---|---|---|---|
| 2 | Capital contributed: **a** Cash | 823,434. | | **b** Property | |
| | **b** Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) | 54,329. | | STMT 6 | 730,148. |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | 730,148. |
| 5 | Add lines 1 through 4 | 730,148. | 9 | Balance at end of year. Subtract line 8 from line 5 | |

111042  11-29-21                                                    Form **1065** (2021)

**SCHEDULE B-1**
**(Form 1065)**
(Rev. August 2019)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ **Attach to Form 1065.**
▶ **Go to www.irs.gov/Form1065 for the latest information.**

OMB No. 1545-0123

| Name of partnership | Employer identification number |
|---|---|
| AFTON BLOCKCHAIN LLC | 86-3443951 |

## Part I — Entities Owning 50% or More of the Partnership   (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| AFTON CAPITAL INC. | 76-0371626 | CORPORATION | UNITED STATES | 100.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Part II — Individuals or Estates Owning 50% or More of the Partnership   (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**          **Schedule B-1 (Form 1065)  (Rev. 8-2019)**

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property)   OTHER    1 | | OMB No. 1545-0172 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service (99)

▶ **Attach to your tax return.**
▶ **Go to www.irs.gov/Form4562 for instructions and the latest information.**

**2021**
Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| AFTON BLOCKCHAIN LLC | | 86-3443951 |

**Part I**  Election To Expense Certain Property Under Section 179  **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** |
| 15 | Property subject to section 168(f)(1) election | **15** |
| 16 | Other depreciation (including ACRS) | **16** |

**Part III**  MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | **17** |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | |

**Section B - Assets Placed in Service During 2021 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** |

116251  12-21-21   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**   Form **4562** (2021)

Form 4562 (2021)  AFTON BLOCKCHAIN LLC  86-3443951  Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles. )

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | 28 | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2021 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

116252 12-21-21

Form **4562** (2021)

AFTON BLOCKCHAIN LLC                                                    86-3443951

===============================================================================

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MANAGEMENT FEES | 20,000. |
| UTILITIES | 32,499. |
| TOTAL TO FORM 1065, LINE 20 | 52,499. |

| SCHEDULE K | OTHER ITEMS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BUSINESS INTEREST EXPENSE | 2,770. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| BITCOIN MINED | 209,394. | 0. |
| FILCOIN - MINER | 493,974. | 0. |
| FILCOIN - OWNER | 28,020. | 0. |
| FILCOIN - WORKER | 641. | 0. |
| TOTAL TO SCHEDULE L, LINE 6 | 732,029. | 0. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED INTEREST PAYABLE | 11,357. | 0. |
| LOAN - DSM TECH | 6,221. | 0. |
| UNEARNED INCOME - FILCOIN | 65,263. | 0. |
| TOTAL TO SCHEDULE L, LINE 17 | 82,841. | 0. |

AFTON BLOCKCHAIN LLC                                                    86-3443951

SCHEDULE M-1   EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN   STATEMENT 5

| DESCRIPTION | AMOUNT |
|---|---|
| UNREALIZED LOSS ON CRYPTO | 243,555. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 243,555. |

SCHEDULE M-2                      OTHER DECREASES                 STATEMENT 6

| DESCRIPTION | AMOUNT |
|---|---|
| PARTNER INTEREST TERMINATION | 359,354. |
| PARTNER INTEREST TERMINATION | 370,794. |
| TOTAL TO SCHEDULE M-2, LINE 7 | 730,148. |